UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
FT. LAUDERDALE DIVISION

Case No.: 0:13-cv-61132-RNS

FFC MORTGAGE CORPORATION,
    Plaintiff,
v.

RED DOOR TITLE INSURANCE AGENCY,
INC.; MICHAEL MIRACOLA, an individual;
ZAIDA POLLACK, an individual; SASHA
MIRACOLA aka SASHA MARTINEZ aka
GRACIELA MARTINEZ, an individual; and
ANA J. AMADOR, an individual,
    Defendants.                    /

**MOTION FOR DEFAULT BY CLERK AND**
**MEMORANDUM OF LAW IN SUPPORT**

The Plaintiff, FFC Mortgage Corp ("FFC") by and through undersigned counsel, hereby moves for entry of a default by the Clerk pursuant to Fed. R. Civ. P.55(a) against the Defendants, Red Door Title Insurance Agency ("Red Door"), Michael Miracola ("Miracola"), and Ana Amador ("Amador"), and state as follows:

**MEMORANDUM**

1. This Court issued a Summons for the Defendants on May 20, 2013 (DE #3).

2. Defendant Red Door was served May 29, 2013 as is evidenced by the filed Return of Service (DE # 16).   An Answer was due from this Defendant by June 19, 2013.

3. Defendant Michael Miracola was served May 29, 2013 as is evidenced by the filed Return of Service (DE # 14).   An Answer was due from this Defendant by June 19, 2013.

4. Defendant Ana Amador was served June 3, 2013 as is evidenced by the filed Return of Service (DE # 13).   An Answer was due from this Defendant by June 24, 2013.

5. As of August 18, 2013, Defendants have failed to answer or otherwise respond to the Complaint, nor has Plaintiff been served with any request for additional time within which to respond, nor has the deadline been extended by this Court.

6. Defendants, upon information and belief are not minors or incompetent persons.

WHEREFORE, Plaintiff moves this Court for entry of a Default by the Clerk against Defendants Red Door Title Insurance Agency, Michael Miracola and Ana Amador.

Dated:       August 19, 2013

Respectfully submitted,

  /s/     Greg W. Chambers
Greg W. Chambers, Esq./CA #237509
American Mortgage Law Group
75 Rowland Way, Suite 350
Novato, Ca 94945
P: (415) 878-0030/F: (415) 878-0035
Email address: gchambers@americanmlg.com
Co-Counsel for Plaintiff(s)

By:     /s/    W. Scott Turnbull
W. Scott Turnbull, Esq./FL #0038626
Crary ❖ Buchanan Law Offices
759 SW Federal Hwy, Ste 106
Stuart, FL 34994-2936
P: (772) 287-2600/ F: (772) 223-4373
*e-Service: Turnbull@CraryBuchanan.com
*e-Service: Shannon@CraryBuchanan.com
Local Counsel for Plaintiff(s)

* Pursuant to Fla. R. Jud. Admin 2.516, counsel hereby designates this email address for service of pleadings and documents in this case.

### CERTIFICATE OF SERVICE

**I HEREBY CERTIFY** that on this   21st   day of August, 2013, a true and correct copy of the foregoing has been furnished by US Mail or email to the following parties:

Defendants:
**Red Door Title Insurance Agency, Inc.,** ATTN: Ana J. Amador, 1460 NW 107 Ave, Ste A, Miami     FL    33172

**Michael Miracola,** 7737 18th St, Pembroke Pines, FL 33024

**Ana J. Amador**, 5324 16th Court, Miami    FL    33185-5172

  /s/    W. Scott Turnbull
W. Scott Turnbull, Esq./FL #0038626
Crary   ❖ Buchanan Law Offices

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
FT. LAUDERDALE DIVISION

Case No.: 0:13-cv-61132-RNS

FFC MORTGAGE CORPORATION,
    Plaintiff,
v.

RED DOOR TITLE INSURANCE AGENCY,
INC.; MICHAEL MIRACOLA, an individual;
ZAIDA POLLACK, an individual; SASHA
MIRACOLA aka SASHA MARTINEZ aka
GRACIELA MARTINEZ, an individual; and
ANA J. AMADOR, an individual,
    Defendants.                              /

**CLERK DEFAULT**

A default is entered in this action against the Defendants, Red Door Title Insurance Agency, Michael Miracola and Ana Amador, for failure to serve or file any papers as required by law.

DONE AND ORDERED in Miami, Miami-Dade County, Florida on the _____ day of August, 2013.

(COURT SEAL)                                    United States District Court
                                                             Clerk of Court

                                                             By:_____
                                                                       Deputy Clerk

**PROPOSED DEFAULT**